UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
4:42 pm, Sep 27, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cr-00367-TWP-MG |
| ) | |
| JAMES LANCASTER, ) | |
| ) | |
| Defendant. ) | |

### DISCLOSURE STATEMENT

The United States of America, by and through Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Adam Eakman, Assistant United States Attorney, submits the following Disclosure Statement identifying organizational victims of the alleged criminal activity pursuant to Federal Rule of Criminal Procedure 12.4(a)(2):

1. First Group Eng;
2. AMG Engineering;
3. Gold Ventures;
4. Godby Heating and Cooling;
5. Harlan Companies;
6. The Farnsworth Group;
7. Ed Martin Acura;
8. Integrity Construction;
9. Broadcast Services;
10. Kingmaker Foods, LLC;
11. Moneygram;
12. Renascent, Inc.;
13. CIS.Ameriflo;
14. Renewing Management;
15. Hoosier Cancer Research;
16. Davis Wholesale;
17. CE Reeve;
18. OrthoIndy;
19. Fortune Wireless;

20. James H Drew Trans;
21. Peterson Company;
22. Andretti Autosports;
23. Piazza Produce, LLC/IF&P Foods, LLC;
24. Contour Hardening;
25. Modular Devices;
26. Kiwanis Int.;
27. Contractor Nail & Tool;
28. Otolaryngology;
29. Spohn Associates;
30. IVM, Inc.;
31. Capital City Container;
32. Olson Custom Designs;
33. Perry Contractors;
34. Burke Pool;
35. Crowe, LLP;
36. C.M. Buck;
37. Maxim Services, LLC;
38. Fine Promotions;
39. Wabash Valley Power;
40. Fineline Printing Group;
41. Langham Logistics;
42. Lisa DeWeese-EEWC;
43. Falcon Carpet;
44. AMP Group;
45. Premier Power Maintenance;
46. Omnioxide;
47. MPT LLC DBA;
48. A Class Party Rental;
49. Champion Chrysler;
50. RT Moore;
51. Storms McMullen;
52. Cornerstone Controls;
53. Schmidt Peterson Moto;
54. Entegra, LLC;
55. Tish Flooring;
56. Global Preparatory Academy;
57. USA Nails;
58. Old National Bank;
59. PNC Bank;

60. Associated Bank;
61. BMO Harris Bank;
62. First Financial Bank;
63. Chase Bank;
64. Fifth Third Bank;
65. First Merchant Bank;
66. Forum Credit;
67. Huntington Bank;
68. Busey Bank;
69. Wells Fargo Bank;
70. Horizon Bank;
71. Key Bank;
72. National Bank of America;
73. Stock Yards;
74. Radius Bank;
75. Silicon Valley;
76. First Internet Bank; and
77. USPS MO.

Respectfully Submitted,

ZACHARY A. MYERS
UNITED STATES ATTORNEY

By:   /s/ *Adam Eakman*
      Adam Eakman
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2022,** the foregoing was electronically filed with the Court. Notice and service of this filing will be sent to the following attorney(s) via operation of the CM/ECF system.

By: /s/ *Adam Eakman*
Adam Eakman
Assistant United States Attorney
Office of the United States Attorney
10 W Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: aeakman@usa.doj.gov