UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  vs.<br><br>JAMES LANCASTER,<br>  Defendant. | )<br>)<br>)<br>)  CAUSE NO. 1:21-CR-367-TWP-DLP<br>)<br>)                                                - 01<br>) |

**COURTROOM MINUTE FOR NOVEMBER 29, 2022**
**HONORABLE DORIS L. PRYOR, MAGISTRATE JUDGE**

Parties appear for an initial appearance on the Petition for Action on Conditions of Pretrial Release filed on October 28, 2022. Defendant appeared in person and by Sam Ansell, counsel,. Government represented by Adam Eakman. USPO represented by Justin Meier.

Charges and penalties were read and explained.

Defendant admitted to the alleged violations set forth in the petition and the Court found he violated the same.

Argument presented as to disposition. The Court orders the defendant's conditions of pretrial release modified to include the following:

    1. (7)(g) Added no contact with victim in Marion County case.

    2. (7)(p)(iv) Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

3. (7)(q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

    (iv) GPS.

4. (7)(r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

5. All other conditions remain in effect.

Defendant released on modified conditions of pretrial release pending further proceedings before the Court.

Date: 11/29/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system